**Opinion filed April 4, 2024**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-23-00158-CR & 11-23-00159-CR

_____

### KRISSTOPHER ALAN RUBIO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 70th District Court**
**Ector County, Texas**
**Trial Court Cause Nos. A-20-0996-CR & A-20-1057-CR**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in each cause a motion to dismiss his appeal. In the motions, Appellant states that he no longer desires to pursue his appeals and "moves this Court to grant his motion[s]." *See* TEX. R. APP. P. 42.2(a). The motions are signed by both Appellant and Appellant's counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See id.*

We grant Appellant's motions and dismiss the appeals.


W. BRUCE WILLIAMS

JUSTICE


April 4, 2024

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.